**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**A. COLE ONSTAD**
**ADC #128493**                                                            **PLAINTIFF**

**v.**                              **Case No. 5:17-cv-00320-KGB-JTK**

**WENDY KELLEY, Director,**
**Arkansas Department of Corrections,** *et al.*                **DEFENDANTS**

<u>**JUDGMENT**</u>

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff

Cole Onstad's claims against defendants Dexter Payne, Tony McHan, Fiona Washington, Sellars,

and Kimberly Riley are dismissed without prejudice. Mr. Onstad's claims against Director Wendy

Kelley, Danny Burl, Joe Page, and Nicola Kelly are dismissed with prejudice.

So adjudged this the 16th day of May 2019.

_____
Kristine G. Baker
United States District Judge